James H. Skinner, Respondent, v. Jacob I. Denton, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $500, exclusive of the taxed costs, in which event the judgment as so modified and the order are affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Henry C. Spear and Others, Doing Business under the Firm Name and Style of Spear & Company, Respondents, v. Thirty-five Per Cent Automobile Supply Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Lionel D. Waixel, Respondent, v. The City of Mount Vernon, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

August Weber, Respondent, v. Joseph Kuske and Heinrich Reinhardt, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Alexander M. Zeritt, Appellant, v. Atlantic, Gulf and Pacific Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.